# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JANDE NORTON

        CIVIL ACTION

VERSUS

        16-257-SDD-EWD

SOUTHERN CREDIT
RECOVERY, INC., ET AL.

## ORDER

**CONSIDERING** the *First Joint Stipulation of Dismissal*[1] filed by the Plaintiff and Defendant, Southern Credit Recovery, Inc., into the record of the above captioned matter;

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice as to Defendant, Southern Credit Recovery, Inc. only, and each party to bear its own costs.

**IT IS HEREBY FURTHER ORDERED** that the case against Defendant, Experian Information Solutions, Inc., remains open and active.

Baton Rouge, Louisiana the 23 day of August, 2016.

        */s/ Shelly Dick*
        **SHELLY D. DICK, DISTRICT JUDGE**
        **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec.Doc. 16.