# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JANDE NORTON    CIVIL ACTION

VERSUS    16-257-SDD-EWD

SOUTHERN CREDIT RECOVERY, INC.
AND EXPERIAN INFORMATION
SOLUTIONS, INC.

## ORDER

**CONSIDERING** the *Joint Stipulation of Dismissal*[1] filed by the Parties in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant, Experian Information Solutions, Inc., are dismissed with prejudice from the record of these proceedings.

Baton Rouge, Louisiana the 5 day of December, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 20.